AO 470  (Rev. 01/09)  Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
### for the
_____ District of NEVADA_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  2:10-cr-104-GMN-LRL |
| | ) | |
| CHARLES EDWARD MOORE | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd., So. Las Vegas, NV 89101 | Courtroom No.: | 3D |
|---|---|---|---|
| | | Date and Time: | 10-7-10 at 3:00 p.m. |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Oct. 4, 2010

_____
*Judge's signature*

ROBERT J. JOHNSTON, U.S. Magistrate Judge
_____
*Printed name and title*