Case 2:10-cr-00104-GMN-VCF  Document 111  Filed 12/06/11  Page 1 of 2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHARLES EDWARD MOORE,

Defendant.

2:10-CR-104-GMN (VCF)

## FINAL ORDER OF FORFEITURE

On September 9, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 21, United States Code, Sections 853(a)(1) and (a)(2), based upon the plea of guilty by defendant CHARLES EDWARD MOORE, to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offenses to which defendant CHARLES EDWARD MOORE, pled guilty. Docket #1, #87, #88, #89.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 13, 2011, through October 12, 2011, notifying all third parties of their right to petition the Court. #98.

This Court finds no petitions were filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2);Title 21, United States Code, Sections 853(a)(1) and (a)(2); and Title 21, United States
7  Code, Section 853(n)(7) and shall be disposed of according to law:

    a)     $3,630.00 in United States Currency; and

    b)     a 1999 Black Lexus GS400, bearing California License 6HNV728, VIN JT8BH68X8X0016655.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this ___6___ day of ___Dec___, 2011.

_____
UNITED STATES DISTRICT JUDGE